ANN REYNOLDS, PETITIONER-RESPONDENT, v. PUBLIC
SERVICE COORDINATED TRANSPORT, RESPONDENT-
PETITIONER.

See same case below: 21 *N. J. Super.* 528.

*Mr. David M. Sellick* for the petitioner.

*Mr. Louis C. Jacobson* for the respondent.

January 26, 1953.  Denied.

RIDGEWOOD NEWS, INC., ET AL., PLAINTIFFS-PETI-
TIONERS, v. NEW JERSEY HIGHWAY AUTHORITY, ET
ALS., DEFENDANTS-RESPONDENTS.

*Messrs. MacFall & Fishler* for the petitioners.

*Mr. Morris M. Schnitzer* for the respondents.

January 26, 1953.  Denied.